R. ROTHCHILD v. A. McNICHOL.

*Practice—Appeal—Certiorari—Verification of Petition—Transcript of Record—Docketing Appeal.*

1. When the petition for a *certiorari* as a substitute for an appeal has not been verified as required by Rule 42, and no transcript of the record has been filed and no excuse shown for the failure to file it, the motion will be denied.

2. Though, in such case, the motion for a *certiorari* is denied, the appellant may docket the appeal at the Term of this Court to which it was taken before a motion is lodged for its dismissal or, if the case was tried below since the commencement of the Term to which the appeal was taken, the appellant may docket the appeal regularly at the next Term.

MOTION of appellant for writ of *certiorari.*

*Messrs. Watson, Buxton & Watson,* for defendant (appellant). No counsel *contra.*

*Per Curiam:* The motion for the writ of *certiorari* must be denied. The petition is not verified as required by Rule 42, nor is the transcript of the record proper filed, nor good reason given for the failure to do so. *Burrell* v. *Hughes,* 120 N. C., 277, and cases cited; *Brown* v. *House,* 119 N. C., 622; *Parker* v. *Railroad,* at this term. Indeed no excuse is shown why the transcript of the whole record, including the case on

appeal, is not filed. The motion for *certiorari* must be denied, yet, as no motion to dismiss has been made, it can still be docketed at any time this Term, if before such motion is made. *Smith* v. *Montague*, at this term; *Triplett* v. *Foster*, 113 N. C., 389. Indeed, if the cause was tried below since this Term began, it can be docketed regularly at next Term.

Motion denied.